IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ZACHARY HEDDY**                                                                                   **PLAINTIFF**
**#150777**

v.                              Case No. 3:24-CV-00239-JM

**SHANE RUSSELL,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Heddy has not complied with the October 30, 2025 Order directing him to provide the Clerk with an updated mailing address. *Doc. 7*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE