IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ZACHARY HEDDY**                                                                                             **PLAINTIFF**
**#150777**

v.                        Case No. 3:24-CV-00239-JM

**SHANE RUSSELL,** *et al.*                                                               **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 10th day of December, 2025.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE